■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR HERNANDEZ, Appellant. [18 NYS3d 534]—Appeals having been taken to this Court by the above-named appellant from the judgments of the Supreme Court, New York County (Maxwell Wiley, J.), rendered on or about May 8, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Friedman, Andrias, Gische and Kapnick, JJ.